UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DYLAN FORD,

     Plaintiff,

                                            Case No. 1:26-cv-1413

v.

                                            HON. JANE M. BECKERING

RODNEYSE BICHOTTE-HERMELYN, et al.,

     Defendants.

_____/

## ORDER

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on May 6, 2026, recommending that the Court dismiss Plaintiff's complaint for lack of subject matter jurisdiction and failure to state a claim.  The Magistrate Judge also recommended that, should Plaintiff appeal the decision, the Court assess the $605.00 appellate filing fee.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED for lack of subject matter jurisdiction and failure to state a claim.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

---

[1] Plaintiff is the only party that has appeared to date.  Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "no such number," and "unable to forward" (ECF No. 8).  Plaintiff has failed to keep the Court apprised of his current address.

2

A Judgment will be entered consistent with this Order.


Dated: May 29, 2026                                    /s/ Jane M. Beckering
                                                       JANE M. BECKERING
                                                       United States District Judge